MATTHEW JAY Bryan #134351
*(full name/prisoner number)*
UTAH STATE PRISON
P.O BOX 250/WBB 205 B
DRAPER, UTAH 84020
*(complete mailing address)*

U.S. COURTS
FEB 21 2014
Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

MATTHEW Jay Bryan,
*(full name)*
Plaintiff,

v.

SHERIFF OF ADA CO JAIL. MEDICAL STAFF OF ADA CO JAIL: NORTHWEST TRANSPORT COMPANY.

Defendant(s).

*(if you need additional space, use a blank page for a continuation page)*

Case No. 1:14-cv-52-CWD
*(to be assigned by Court)*

**PRISONER COMPLAINT**

Jury Trial Requested: ⊗ Yes ◯ No

**A. JURISDICTION**

The United States District Court for the District of Idaho has jurisdiction over my claims under:
*(check all that apply)*:

- [X] 42 U.S.C. § 1983 *(applies to state, county, or city defendants)*
- [ ] *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 *(applies to federal government defendants only)*
- [ ] Other federal statute *(specify)* ______________; or diversity of citizenship.
- [ ] I also ask the federal court to exercise supplemental jurisdiction over state law claims.

**B. PLAINTIFF**

My name is MATTHEW JAY Bryan. I am a citizen of the State of UTAH,

presently residing at UTAH STATE PRISON, P.O BOX 250, DRAPER, UT 84020

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing (SHERIF OF ADA CO JAIL / MEDICAL STAFF) NORTHWEST TRANSPORT, who was acting as THE SHERRIF, MEDICAL STAFF TRANSPORT CO. FOR PRISONERS
*(defendant)* *(job title, if a person; function, if an entity)*

for the OF IDAHO, BOISE, ADA CO JAIL. NORTHWEST TRANSPORT (ADA CO JAIL MEDICAL STAFF)
*(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on DECEMBER 6TH, Defendant did
*(dates)*

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
NEGLECTED TO GIVE ME MY SEIZURE MEDICATION, REGARDLESS MY MEDICAL RECORDS WERE SEALED IN TRANSPORT NOTIFING ANY & ALL PARTIES OF MY MEDICAL CONDITION, AND THAT MY MEDICATIONS WERE IN FACT ON BOARD, WITH INSTRUCTIONS OF WHAT DOSES TO GIVE ME. THIER CONTRACT AGREEMENT STATING THEY WERE IN FACT THEREFOR HELD RESPONSEABLE OF ANY MEDICAL INNCIDENT ACCURED WHILE IN THIER CUSTODY. I REPEATEDLY ASKED FOR MY MEDICATIONS, AND NOTIFIED THEM OF MY CONDITION & THE FACT THAT MY MEDICATIONS & MEDICAL RECORDS WERE ATTACHED.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
PORTER V. NUSSEL, 543, U.S, 516, 122, S.CT 1983 (2002) BOOTH V. CHURNER, 532 U.S, 731, 121 S.CT 1819, 1821 (2001) EX PARTE V. YOUNG, 209, U.S. 123, 28 S.CT, 441 (1908) ESTELLE V. GAMBLE 429, U.S. 97, 103, 04, 97, S.CT (1970) 1979 (1994) ESTELLE, 429, U.S AT 104

4. I allege that I suffered the following injury or damages as a result:
I SUFFERED A SEIZURE WHILE IN THE SHOWER, FELL & HIT MY HEAD & AM NOW COMPLETLY BLIND IN MY LEFT EYE DUE TO THIER NEGLIENCE.

5. I seek the following relief: THE AMOUNT OF $3.2 MILLION, IN LOST WAGES FROM NOW TILL AGE OF 65. $1.2 MILLION IN MEDICAL & PAIN & SUFFERING

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [X] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
( ) Yes (X) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. I WAS IN MIDDLE OF TRANSPORT BACK TO UTAH. I DID IN FACT FILE GRIEVANCE, TAKE WITNESS STATEMENTS, AND PERSONALLY NOTIFY DEFENDANT OF TORTE CLAIM & SUIT AGAINST THEM

## D. PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: ***(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)***

| Court | Case No. | Case Name | Status of Case | Strike? |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

## E. REQUEST FOR APPOINTMENT OF ATTORNEY

I do ⊗ do not ○ request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney:

BECAUSE OF 1) INDIGENTCY & 2) BECAUSE OF DIFFICULTY, SINCE CASE/SUIT CROSSES STATE LINES, IN 2 STATES & INVOLVES MUTIPLE DEFENDANTS. ALSO DUE TO LACK OF KNOWLEDGE OF THE LEGAL PROCESS

## F. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on __________ ***(date)***; OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on 2·8·2014 ***(date)***; OR ***(specify other method)*** __________.

Executed at UTAH STATE PRISON ***(Location)*** on 2·8·2014 ***(Date)***.

Matt B[signature]
***Plaintiff's Original Signature***

***Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach original exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.***